AO (Rev. 5/85) Criminal Complaint

## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

FILED IN OPEN COURT

10.18.16

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.

ANDREW RYAN LESLIE

**CRIMINAL COMPLAINT**

Case Number: 3:16-mj-1265-MCR

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 14, 2016, in the Middle District of Florida, ANDREW RYAN LESLIE did employ, use, persuade, induce, entice, and coerce at least two minor children to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means, in violation of Title 18, United States Code, Section 2251(a).

I further state that I am a Special Agent with Homeland Security Investigations, an agency of the United States Department of Homeland Security, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
JAMES C. GREENMUN, Special Agent
Homeland Security Investigations

Sworn to before me and subscribed in my presence,

October 18, 2016   at   Jacksonville, Florida

MONTE C. RICHARDSON
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

I, James C. Greenmun, being duly sworn, hereby state as follows:

## INTRODUCTION

1.  I am a Special Agent ("SA") with the Homeland Security Investigations (HSI), an agency of the United States Department of Homeland Security ("DHS"). I have been so employed since March 2003, when HSI and Immigration and Customs Enforcement ("ICE") was created during the organization of DHS. I am presently assigned to the Assistant Special Agent in Charge ("ASAC") Field Office of HSI in Jacksonville, Florida. Prior to being a Special Agent with HSI/ICE, I was a Special Agent with the United States Customs Service ("USCS") for approximately 1 year and 2 months.

2.  My experience as an HSI agent and a USCS agent has included the investigation of cases involving the use of computers and the Internet to commit violations of federal law involving child exploitation, including the production, transportation, receipt, distribution and possession of child pornography. I have received training from the USCS and have gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications and the execution of searches and seizures involving computer crimes. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children which constituted violations of Title 18, United States Code, Sections 2251, 2252 and 2252A, as well as Florida state statutes which criminalize the possession, receipt and transmission

of child pornography, that is, visual images depicting minors engaged in sexually explicit conduct.

3. I am also a Computer Forensic Agent ("CFA") with HSI and have been working in that capacity since June 2005. I have received extensive training and education in the field of computer evidence recovery. I hold a Master's Degree in Digital Forensics from the University of Central Florida (UCF). Other training includes the Treasury Computer Forensic Training Program ("TCFTP") and the International Association of Computer Investigative Specialists ("IACIS"), among others. I have conducted numerous computer forensic examinations for ICE as well as for various other federal, state and local law enforcement agencies.

4. Prior to joining the USCS, I obtained a Bachelor of Arts degree in Criminology from the University of South Florida in Tampa, Florida.

5. I am responsible for investigating violations of U.S. Customs laws and other federal laws, including the offenses of advertising, production, transportation, receipt, distribution, and possession of child pornography (as defined in Title 18, United States Code Section 2256) in interstate or foreign commerce by any means, including by computer.

6. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only

the facts that I believe are necessary to establish probable cause to believe that ANDREW RYAN LESLIE has committed a violation of Title 18, United States Code, Sections 2251(a), that is, production of child pornography.

7. The statements contained within this affidavit are based on my training and experience and my personal observation, as well as the training and experience of and information communicated to me by other law enforcement personnel with whom I have personally spoken.

8. This affidavit is made in support of a complaint against ANDREW RYAN LESLIE, that is, on or about October 14, 2016, in the Middle District of Florida, ANDREW RYAN LESLIE did employ, use, persuade, induce, entice, and coerce at least two minor children to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means, in violation of Title 18, United States Code, Section 2251(a).

9. On October 17, 2016, I applied for and obtained a federal search warrant for the residence of ANDREW RYAN LESLIE, which this investigation revealed to be located at 3244 Deer Creek Drive, Middleburg, Florida 32068. This search warrant was issued by United States Magistrate Judge Monte C. Richardson for fruits, instrumentalities, and evidence of violations of Title 18, United States Code, Sections 2251, 2252, and 2252A. This search warrant was based upon a child exploitation investigation that I have personally participated in along with other HSI agents and other law enforcement officers. During this

investigation, ANDREW RYAN LESLIE was identified as a subject of this investigation.

10. On October 18, 2016, I, together with other HSI agents and personnel and law enforcement officers, executed this federal search warrant at the residence located at 3244 Deer Creek Drive, Middleburg, Florida 32068. LESLIE was present at the residence.

11. Your affiant was informed by SA Ryan McEnany that upon entry into the residence, LESLIE emerged from the master bedroom and indicated in substance that a minor female child, referred to by LESLIE as a "toddler," had been in the bed with LESLIE in the master bedroom.

12. During the execution of the search warrant, your affiant observed LESLIE and noticed that LESLIE had ~~a distinctive dark colored~~ nail polish on his fingernails.

13. During the execution of the search warrant, SA Pete Manning and Computer Forensic Agent (CFA) Sam Padilla conducted a computer forensic preview of some of the computer media discovered within the residence. SA Manning and CFA Padilla advised me that Clay County Sheriff's Office Detective Ryan Ellis located, on a nightstand located next to LESLIE's bed in the master bedroom, a Canon PC1737 Powershot A3400 IS digital camera bearing serial number 432061019849 and the marking "Made in China." Contained within the camera was an SD adapter and a micro SD card. This micro SD card was a Toshiba 8GB HC Micro SD bearing serial number 1403RP4801P with the markings, "Taiwan." Based on my training and experience, I have probable

4

cause to believe that this camera and this SD card were shipped and transported in or affecting interstate and foreign commerce. During the computer forensics preview of these media items, SA Manning and CFA Padilla discovered a series of pornographic images depicting at least two minor female children contained therein. Your affiant has reviewed these images. In several images, your affiant observed the same prepubescent minor female child (approximately 2 years of age), who was observed in the bed of LESLIE, as well as another infant female child. These images depicted, among other things, this older female minor engaged in sexually explicit conduct, including being penetrated by an adult male's penis and engaging in fellatio with an adult male's penis. There were also images depicting the lascivious exhibition of the infant female child's genitalia. In several images, an adult hand is pictured gripping the adult penis as it touches the genitalia of one of the minor female children, and also touching the pubic area of one of the minor children. The thumb of the adult's left hand is shown to have nail polish on the thumbnail ~~of the same color that your affiant observed on LESLIE's nails that day~~. Based on my training and experience, and my observations of LESLIE's polished nails, I have probable cause to believe that the adult participating in sexually explicit conduct with these two minor children is LESLIE. I also observed, based on the image file properties data, that of all the images on the Toshiba SD card (42 in total), 41 of these, including those discussed above that depicted the minors engaged in sexually explicit conduct, were produced and/or created on October 14, 2016.

5

14. Based upon the foregoing facts, I have probable cause to believe that on or about October 14, 2016, in the Middle District of Florida, ANDREW RYAN LESLIE did employ, use, persuade, induce, entice, and coerce at least two minor children to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means, in violation of Title 18, United States Code, Section 2251(a).

_____
JAMES C. GREENMUN, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this
____ day of October, 2016, at Jacksonville, Florida.


_____
MONTE C. RICHARDSON
United States Magistrate Judge

6